## LEEDS v. WARREN-SCHARF ASPHALT PAVING. COMPANY.

[No. 5,830.   Filed July 2, 1908.]

From Laporte Superior Court; *Charles H. Truesdell*, Special Judge.

Suit by the Warren-Scharf Asphalt Paving Company against Minnie Leeds.   From a decree for plaintiff, defendant appeals. *Reversed.*

*James F. Gallaher*, for appellant.
*C. R. Collins* and *J. B. Collins*, for appellee.

HADLEY, J.—This suit was brought by appellee against appellant to foreclose a street assessment lien for the paving of Pine street in the city of Michigan City, and is a companion case to *Zorn* v. *Warren-Scharf, etc., Pav. Co.* (1908), *ante*, 213. It involves the same proceedings of the city council, the same questions are presented by the pleadings, and the same actions of the parties shown by the evidence; and upon the reasoning and authority in that case this cause is reversed, with instructions to sustain appellant's motion for a new trial.

Roby, J., absent.

## BOARD OF COMMISSIONERS OF THE COUNTY OF CLAY v. McGREGOR.

[No. 6,370.   Filed October 16, 1908.]

From Clay Circuit Court; *L. F. Tilley*, Special Judge.

Action by Samuel M. McGregor against the Board of Commissioners of the County of Clay.   From a judgment for plaintiff, defendant appeals.   *Transferred to the Supreme Court.*   (See 171 Ind. —.)

*McNutt & Shattuck* and *G. S. Payne*, for appellant.
*Samuel M. McGregor*, for appellee.

PER CURIAM.—It appearing from the record in this case that a constitutional question is involved, and is duly presented in briefs of counsel, this cause is transferred to the Supreme Court, under §1392 Burns 1908, cl. 1, Acts 1907, p. 237, §1.